COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Stella D. Carlos Salmeron v. Felipe De Jesus Garcia Santacruz

Appellate case number:    01-19-00087-CV

Trial court case number:  1117543

Trial court:              County Civil Court at Law No. 2 of Harris County

The clerk's record indicates that in September 2018 appellant Stella D. Carlos Salmeron filed in the trial court a statement of inability to afford payment of court costs. This complies with Rule 145. *See* TEX. R. CIV. P. 145(a). When a party files a statement of inability in the trial court, that party cannot be required to pay costs except by order of the court. *See id.* The clerk's record contains no order requiring appellant to pay costs.

Fees charged for preparation of the appellate record are governed by Rule 145. *See* TEX. R. APP. P. 20.1(a). Because appellant filed a statement of inability in the trial court and the trial court did not sign an order requiring her to pay court costs, she is not required to pay costs for the appellate record. Moreover, appellant is not required to pay appellate filing fees. *See* TEX. R. APP. P. 20.1(a),(b) (party who filed statement of inability in trial court is not required to pay appellate court costs unless trial court overruled that party's claim of indigence in an order under Rule of Civil Procedure 145).

It is so ORDERED.


Judge's signature: ___/s/ Justice Peter Kelly_____
                        ☑ Acting individually    ☐ Acting for the Court


Date:    __February 12, 2019____